# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                              Civil Action No.  1:14-cv-00253-RJJ

JOHN DOE, subscriber assigned IP address 68.62.87.52,

    Defendant.

_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action without prejudice.  John Doe was assigned the IP Address 68.62.87.52.  Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated:  May 20, 2014

                                                    Respectfully submitted,

                                                    By:  /s/ *Paul J. Nicoletti*
                                                    Paul J. Nicoletti
                                                    pauljnicoletti@gmail.com
                                                    NICOLETTI LAW, PLC
                                                    33717 Woodward Avenue, Suite #433
                                                    Birmingham, Michigan 48009
                                                    Phone:  (248) 203-7800
                                                    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:  /s/ *Paul J. Nicoletti*
Paul J. Nicoletti

## CERTIFICATE OF COMPLIANCE

Pursuant to MI R USDCTED LR 5.1(a), I hereby certify that the PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF JOHN DOE has been prepared using one of the font and point selections approved by the Court in MI R USDCTED LR 5.1(a)(3).  This document was prepared using Times New Roman (12 pt.).

This 20th day of May, 2014.

/s/ *Paul J. Nicoletti*
Paul J. Nicoletti

2